■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAYTON PRATCHER, Appellant. — Judgment of the Supreme Court, Kings County (De Makos, J.), rendered May 20, 1982, affirmed (*see, People v Johnson,* 105 AD2d 711; *People v White,* 105 AD2d 860; *People v Williams,* 105 AD2d 860). O'Connor, J. P., Rubin, Lawrence and Eiber, JJ., concur.